### 8142. BIGHAM *v.* NAPIER.

BROYLES, P. J. This was a suit in trover for the recovery of certain bales of cotton and $39 in money, or its value. Under the facts of the case, and the rulings in *McElhannon* v. *Farmers Alliance Co.*, 95 *Ga.* 670 (22 S. E. 686), *McLennan* v. *Livingston*, 108 *Ga.* 342 (33 S. E. 974), *Brooke* v. *Lowe*, 122 *Ga.* 358 (50 S. E. 146), *Collins* v. *West*, 5 *Ga. App.* 429 (63 S. E. 540), and *Peeples* v. *Felton*, 14 *Ga. App.* 5 (80 S. E. 21), the court did not err in awarding a nonsuit.

        *Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
              DECIDED JUNE 7, 1917.

Trover; from Monroe superior court—Judge Searcy. February 8, 1916.

*Willingham & Willingham,* for plaintiff.

*Robert L. Berner, Persons & Persons,* for defendant.